

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable T. M. Trimble
First Assistant State Superintendent
Austin, Texas

Dear Sir:

Opinion No. 0-1405
Re: Liability of a school district
for injuries to a student re-
ceived while participating in
football or while being trans-
ported in regular school buses
to and from inter-school games.
Would the fact that a portion
of the student body was insured
by the school board cause said
school district to be liable for
injuries to a student not so in-
sured.

We are in receipt of your letter of September 8, 1939,
in which you request an opinion of this Department as to whether
or not a school district is liable for injuries received by stu-
dents participating in football or while traveling to and from
an inter-school game in a regular school bus.

On April 14, 1939, Opinion No. 0-443 was sent to you.
This opinion thoroughly discussed the authorities in this State
which held that an independent school district cannot be held
liable in tort for injuries sustained by a student. It is the
opinion of this Department that the rule set down in this prior
opinion would also cover injuries sustained while participating
in football or other athletic contests. Said rule would also
apply in cases where the student was injured in being transferred
to and from a football game in a regular school bus.

You inquire also whether the fact that part of the stu-
dent body was insured by the school board would render the school
district liable for an injury sustained by a student not so insured.

Honorable T. M. Trimble, Page 2

It is the opinion of this Department that because the school district cannot be liable in tort, it would make no difference whether or not part of the student body was insured as rendering the school district liable for an injury sustained by one of the students not so insured.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By     Billy Goldberg
           Assistant

BG:RS

APPROVED
OF IN.ON
COMMITTEE
BY _____
CHAIRMAN

APPROVED SEP 16, 1939

ATTORNEY GENERAL OF TEXAS